# EXHIBIT F



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KAYE SCHOLER LLP

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

In re REZULIN LITIGATION                    CASE NO. CV 03-1643-R(RZx)

DIANE SKINNER; and DIANE YBARRA,           [PROPOSED] ORDER
                                           DENYING PLAINTIFFS'
            Plaintiffs,                    MOTION FOR REMAND

    v.

WARNER-LAMBERT CO.; PFIZER INC.;
JERROLD OLEFSKY; McKESSON CORP.,
et al.

            Defendants.

Defendants removed this action from state court to this Court alleging diversity jurisdiction. Defendants asserted that Jerrold Olefsky and McKesson Corp., both of whom are California residents, were fraudulently joined. Plaintiffs moved to remand to state court. The motions came on for hearing by the Court on April 21, 2003.

Having considered the motions and other documents in support of and in opposition to the motions, having heard the arguments of counsel, and being fully advised in the matter, the Court denies the motion.

The Court finds that Dr. Jerrold Olefsky ("Dr. Olefsky"), a patent-holder and clinical investigator, owed no legal duty to any of the plaintiffs, and, therefore, there is no possibility that the plaintiffs can prove a cause of action against Dr. Olefsky. Thus, Dr. Olefsky must be disregarded for purposes of determining federal diversity jurisdiction.

1

25104767.WPD                    [PROPOSED] ORDER

Exhibit B  Page 18

1    The Court further finds that there is no possibility that plaintiffs could prove a

2   cause of action against McKesson, an entity which distributed this FDA-approved

3   medication to pharmacists in California.  Pursuant to comment k of the Restatement

4   (Second) of Torts Section 402A and California law following comment k, a

5   distributor of a prescription drug is not subject to strict liability.

6        Accordingly, this Court has diversity jurisdiction over each of these actions.

7   The motion to remand is denied.

8        IT IS SO ORDERED.

9   Dated: April 28, 2003

                                    MANUEL L. REAL
                                    _____
                                    MANUEL L. REAL
                                    UNITED STATES DISTRICT JUDGE

12  Submitted by:

13  O'DONNELL & SHAEFFER LLP
14  633 West Fifth Street, Suite 1700
    Los Angeles, California 90071
15  Telephone:  (213) 532-2000
    Facsimile:   (213) 532-2020

16  KAYE SCHOLER LLP
17  1999 Avenue of the Stars
    Los Angeles, California 90067
18  Telephone:  (310) 788-1000
    Facsimile:   (310) 788-1200

19  By: Robert Barnes
20       Robert Barnes
    Attorneys for Defendants
21  WARNER-LAMBERT COMPANY and PFIZER INC.

KAYE SCHOLER LLP

23104767.WPD                    [PROPOSED] ORDER

2