CIVIL, CLOSED

## U.S. District Court
## Eastern District of California - Live System (Sacramento)
## CIVIL DOCKET FOR CASE #: 2:06-cv-02787-RRB-DAD
## Internal Use Only

Bluett et al v. Merck & Company, Inc. et al
Assigned to: Judge Ralph R. Beistline
Referred to: Magistrate Judge Dale A. Drozd
Cause: 28:1441 Petition for Removal- Personal Injury

Date Filed: 12/07/2006
Date Terminated: 06/28/2007
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Arthur Bluett**

represented by **Alissa S. Holt**
Hackard & Holt
11335 Gold Express Drive
Suite 155
Gold River, CA 95670
916-853-3000
Fax: 916-853-3010
Email: aholt@hackardlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrea J. McNeil**
Hackard and Holt
11335 Gold Express Drive
Suite 155
Gold River, CA 95670
916-853-3000
Fax: 916-853-3010
Email: amcneil@hackardlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Bluett**

represented by **Alissa S. Holt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrea J. McNeil**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | |
|---|---|
| **Merck & Company, Inc.**<br>*a Corporation* | represented by **Kevin Michael Hara**<br>Reed Smith LLP (Oakland)<br>1999 Harrison Street<br>Suite 2400<br>PO Box 2084<br>Oakland, CA 94612-2084<br>(510) 466-6761<br>Fax: (510) 273-8832<br>Email: khara@reedsmith.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **McKesson Corporation**<br>*a Corporation* | represented by **Kanika D. Corley**<br>Morris Polich and Purdy<br>1055 West Seventh Street<br>24th Floor<br>Los Angeles, CA 90017<br>(213) 891-9100<br>Fax: (213) 488-1178<br>Email: kcorley@mpplaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **Amerisourcebergen Corporation**<br>*a Corporation* | represented by **Kanika D. Corley**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **Pfizer Inc.** | represented by **Peter Edward Schnaitman**<br>Tucker Ellis and West<br>1000 Wilshire Boulevard<br>Suite 1800<br>Los Angeles, CA 90017-2475<br>213-430-3400<br>Email: peter.schnaitman@tuckerellis.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Tae-Yoon Kim**<br>Tucker Ellis & West<br>1000 Wilshire Boulevard<br>Suite 1800<br>Los Angeles, CA 90017<br>213-430-3400 |

                                  Fax: 213-430-3409
                                  Email: tae.kim@tuckerellis.com
                                  *TERMINATED: 04/13/2007*
                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Pharmacia Corporation**                    represented by **Peter Edward Schnaitman**
*formerly known as*                                        (See above for address)
G. D. Searle & Co.                                         *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**G. D. Searle LLC**                        represented by **Peter Edward Schnaitman**
                                                          (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/07/2006 | 1 | NOTICE of REMOVAL *Of Action Under 28 U.S.C. Section 1441(B)* from Los Angeles County Superior Court, case number BC359104. by Merck & Company, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Civil Cover Sheet # 10 Attachment to Civil Cover Sheet) (Hara, Kevin) (Entered: 12/07/2006) |
| 12/07/2006 | 2 | Consent to Removal of Action Under 28 U.S.C. Section 1441(B) re 1 Notice of Removal - ATY,. by defendants Pfizer Inc., Pharmacia Corporation, And G. D. Searle LLC's ]> (Hara, Kevin) Modified on 12/8/2006 (Mena-Sanchez, L). (Entered: 12/07/2006) |
| 12/07/2006 | 3 | NOTICE of RELATED CASE 2:05-cv-02140, 2:05-cv-02199, 2:05-cv-02203, 2:05-cv-02193, 2:05-cv-02240, 2:05-cv-02218, 2:05-cv-02267, 2:05-cv-02436, 2:05-cv-02437, 2:05-cv-02446, 2:05-cv-02464, 2:05-cv-02465, 2:05-cv-02567, 2:05-cv-02568, 2:05-cv-02584, 2:06-cv-00062, 2:05-cv-2609, 2:06-cv-00082, 2:06-cv-2399, 2:06-cv-00241 by Merck & Company, Inc.. *including 2:06-cv-00281; 2:06-cv-00324; 2:06-cv-00330; 2:06-cv-00477; 2:06-cv-0487; 2:06-cv-0583; 2:06-cv-0593; 2:06-cv-0617; 2:06-cv-00653; 2:06-cv-0675; 2:06-cv-0692; 2:06-cv-0690; 2:06-cv-00694; 2:06-cv-0718; 2:06-cv-0728; 2:06-cv-0774; 2:06-cv-01294; 2:06-cv-1313; 2:06-cv-00993; 2:06-cv-01597; 1:06-cv-01006; 2:06-cv-01826; 2:06-cv-1845; 2:06-cv-1941; 2:06-cv-1954; 2:06-cv-1957; 2:06-cv-1973; 2:06-cv-1977; 2:06-cv-1978; 2:06-cv-2079; 2:06-cv-2093; 2:06-cv-2102; 2:06-cv-2103; 2:06-cv-02215; 2:06-cv-2281; 2:06-cv-2284; 2:06-cv-2285; 2:06-cv-2275; 2:06-cv-2283; 2:06-cv-2332; 2:06-cv-2350; 2:06-cv-2362; 2:06-cv-2352; 2:06-cv-2354; 2:06-cv-2348; 2:06-cv-2351; 2:06-cv-2349; 2:06-cv-2346; 2:06-cv-02436; 2:06-cv-02434; 2:06-cv-02431; 2:06-cv-02422; 2:06-cv-02344; 2:06-cv-02473; 2:06-cv-02474; 2:06-cv-02477; 2:06-cv-02471; 2:06-cv-02472; 2:06-cv-02479; 2:06-cv-02480; 2:06-cv-02489, 2:06-cv-02490, 2:06-cv-02473,* |

| | | |
|---|---|---|
| | | 2:06-cv-02474, 2:06-cv-02477, 2:06-cv-02471, 2:06-cv-02472, 2:06-cv-02479, 2:06-cv-02512, 2:06-cv-02520, 2:06-cv-02516, 2:06-cv-02518, 2:06-cv-02525, 2:06-cv-02523, 2:06-cv-02546, 2:06-cv-02547, 2:06-cv-02548, 2:06-cv-02559, 2:06-cv-02560, 2:06-cv-02563, 2:06-cv-02568; 2:06-cv-02574; 2:06-cv-02575; 2:06-cv-02598; 2:06-cv-02599; 2:06-cv-02600; 2:06-cv-02601 *and* 2:06-cv-02717 (Hara, Kevin) (Entered: 12/07/2006) |
| 12/07/2006 | | (Court only) SUBMISSION of CREDIT CARD INFORMATION for Removal from State Court Filing Fee in the amount of $350.00; Type of Credit Card: MasterCard Name as it appears on Credit Card: Louis W. Tullius Reed Smith Gov Filings Contact Telephone Number: (412) 288-3131 Street: 435 Sixth Avenue Zip code: 15219 Credit Card Number: xxxx-xxxx-xxxx-xxxx Expiration Date: xx/xx Security Code: xxx (Hara, Kevin) (Entered: 12/07/2006) |
| 12/08/2006 | 4 | (Court only) PROCESS CREDIT CARD (Mena-Sanchez, L) (Entered: 12/08/2006) |
| 12/08/2006 | | RECEIPT number 13275 for $350.00 for New Case Filing Fee from Reed Smith LLP. (Davis, D) (Entered: 12/08/2006) |
| 12/08/2006 | 5 | CIVIL NEW CASE DOCUMENTS ISSUED; (Attachments: # 1 Consent Forms # 2 VDRP Forms) (Davis, D) (Entered: 12/08/2006) |
| 12/11/2006 | 6 | CERTIFICATE of SERVICE by Merck & Company, Inc. for 1 Notice of Removal. (Hara, Kevin) Modified on 12/12/2006 (Marciel, M). (Entered: 12/11/2006) |
| 12/12/2006 | 7 | ANSWER to COMPLAINT with Jury Demand by McKesson Corporation. Attorney Corley, Kanika D. added.(Corley, Kanika) (Entered: 12/12/2006) |
| 12/12/2006 | 8 | NOTICE by McKesson Corporation *of Certification and Interested Parties* (Corley, Kanika) Modified on 12/13/2006 (Marciel, M). (Entered: 12/12/2006) |
| 12/21/2006 | 9 | ANSWER to COMPLAINT with Jury Demand by Pfizer Inc.. Attorney Kim, Tae-Yoon added.(Kim, Tae-Yoon) (Entered: 12/21/2006) |
| 12/22/2006 | 10 | NOTICE of RELATED CASE 2:06-cv-02780, 2:06-cv-02787, 2:06-cv-02807, 2:06-cv-02812, 2:06-cv-02814, 2:06-cv-02817, 2:06-cv-02826, 2:06-cv-02829, 2:06-cv-02830, 2:06-cv-02833, 2:06-cv-02851, 2:06-cv-02853, 2:06-cv-02875 by Merck & Company, Inc.. *Amended* (Hara, Kevin) (Entered: 12/22/2006) |
| 12/22/2006 | 11 | ANSWER to COMPLAINT with Jury Demand by Amerisourcebergen Corporation. Attorney Corley, Kanika D. added.(Corley, Kanika) |

| | | |
|---|---|---|
| | | (Entered: 12/22/2006) |
| 01/08/2007 | 12 | MOTION to REMAND *to the Superior Court of the State of California, County of Los Angeles, JCCP 4247* by Arthur Bluett, Patricia Bluett. Attorney McNeil, Andrea J. added. Motion Hearing set for 2/28/2007 at 10:00 AM in Courtroom 7 (DFL) before Chief Judge David F. Levi. (McNeil, Andrea) (Entered: 01/08/2007) |
| 01/08/2007 | 13 | MEMORANDUM/RESPONSE in SUPPORT re 12 MOTION to REMAND *to the Superior Court of the State of California, County of Los Angeles, JCCP 4247*. (McNeil, Andrea) (Entered: 01/08/2007) |
| 01/08/2007 | 14 | DECLARATION of Andrea J. McNeil in SUPPORT OF re 12 MOTION to REMAND *to the Superior Court of the State of California, County of Los Angeles, JCCP 4247*. (Attachments: # 1 Exhibit A-E)(McNeil, Andrea) (Entered: 01/08/2007) |
| 01/08/2007 | 15 | PROPOSED ORDER re 13 Memorandum/Response in Support of Motion, 12 MOTION to REMAND *to the Superior Court of the State of California, County of Los Angeles, JCCP 4247*, 14 by Arthur Bluett, Patricia Bluett. (McNeil, Andrea) (Entered: 01/08/2007) |
| 01/15/2007 | 16 | NOTICE of RELATED CASE 2:07-cv-00034, 2:07-cv-00042, 2:07-cv-00048, 2:07-cv-00051, 2:07-cv-00057, 2:07-cv-00058, 2:07-cv-00062, 2:07-cv-00067, 2:07-cv-00068, 2:07-cv-00075, 2:07-cv-00077, 2:07-cv-00073, 2:07-cv-00079 by Merck & Company, Inc.. *Amended* (Hara, Kevin) (Entered: 01/15/2007) |
| 01/17/2007 | 17 | NOTICE of RELATED CASE 2:07-cv-00034, 2:07-cv-00042, 2:07-cv-00048, 2:07-cv-00051, 2:07-cv-00057, 2:07-cv-00058, 2:07-cv-00061, 2:07-cv-00067, 2:07-cv-00068, 2:07-cv-00075, 2:07-cv-00077, 2:07-cv-00073, 2:07-cv-00079 by Merck & Company, Inc.. *Amended* (Hara, Kevin) (Entered: 01/17/2007) |
| 01/25/2007 | 18 | MOTION to STAY *Proceedings pending a decision on transfer* by Merck & Company, Inc.. Motion Hearing set for 2/28/2007 at 10:00 AM in Courtroom 7 (DFL) before Chief Judge David F. Levi. (Attachments: # 1 Declaration Of Kevin M. Hara in support # 2 Exhibit A through E to Declaration # 3 Exhibit F through I # 4 Proposed Order)(Hara, Kevin) Modified on 1/26/2007 (Marciel, M). (Entered: 01/25/2007) |
| 01/30/2007 | 19 | MEMORANDUM/RESPONSE in OPPOSITION re 18 MOTION to STAY *Proceedings Pending A Decision on Transfer*. (Attachments: # 1 Declaration Andrea J. McNeil# 2 Exhibit A-F# 3 Exhibit G-I)(McNeil, Andrea) (Entered: 01/30/2007) |
| 02/08/2007 | 20 | RESPONSE in OPPOSITION to 12 pltf's motion to remand. (Attachments: # 1 Declaration of Kevin M. Hara # 2 Exhibit A - H # 3 Exhibit I - L # 4 Exhibit M - S # 5 Declaration of Gregory S. Yonko # 6 Declaration of Leonardo DeCandia)(Hara, Kevin) Modified on 2/9/2007 (Manzer, C). (Entered: 02/08/2007) |
| 02/08/2007 | 21 | RESPONSE in OPPOSITION to 12 pltf's motion to remand. (Kim, Tae- |

| | | |
|---|---|---|
| | | Yoon) Modified on 2/9/2007 (Manzer, C). (Entered: 02/08/2007) |
| 02/08/2007 | 22 | DECLARATION of Tae-Yoon Kim in SUPPORT of 21 dft's opposition to motion. (Kim, Tae-Yoon) Modified on 2/9/2007 (Manzer, C). (Entered: 02/08/2007) |
| 02/20/2007 | 23 | REPLY in SUPPORT of 18 motion to stay *proceedings pending a decision on transfer*. (Attachments: # 1 Declaration Of Kevin M. Hara # 2 Exhibit A Through E # 3 Exhibit F Through H)(Hara, Kevin) Modified on 2/21/2007 (Reader, L). Modified on 2/23/2007 (Manzer, C). (Entered: 02/20/2007) |
| 02/21/2007 | 24 | REPLY BRIEF in SUPPORT of 12 motion to remand *to the Superior Court of the State of CA, County of Los Angeles, JCCP 4247*. (Attachments: # 1 Declaration of Andrea J. McNeil # 2 Exhibit A) (McNeil, Andrea) Modified on 2/21/2007 (Reader, L). Modified on 2/23/2007 (Manzer, C). (Entered: 02/21/2007) |
| 02/22/2007 | | MINUTE ORDER: The motions now calendared for hearing on 2/28/2007 are ordered submitted without appearance pursuant to Local Rule 78-230(h). (TEXT ONLY) (Vine, H) (Entered: 02/22/2007) |
| 04/03/2007 | 25 | NOTICE of RELATED CASE 2:07-cv-00623, 2:07-cv-00626 by Merck & Company, Inc.. *Amended* (Hara, Kevin) (Entered: 04/03/2007) |
| 04/12/2007 | 26 | MEMORANDUM OF OPINION AND ORDER signed by Judge David F. Levi on 4/11/2007 GRANTING 18 Motion to Stay Proceedings pending a decision on transfer by Merck & Company, Inc. DENYING Without Prejudice 12 Motion to Remand to the Superior Court of the State of California, County of Los Angeles by Arthur Bluett, Patricia Bluett. (Reader, L) (Entered: 04/12/2007) |
| 04/13/2007 | 27 | DESIGNATION OF COUNSEL by Pfizer Inc., Pharmacia Corporation, G. D. Searle LLC. Adding attorney Schnaitman, Peter Edward as attorney of record. Tae-Yoon Kim terminated. (Schnaitman, Peter) Modified on 4/16/2007 (Reader, L). (Entered: 04/13/2007) |
| 06/20/2007 | 28 | ORDER by Chief Judge David F. Levi; Due to the Order of Designation of Judge Ralph R. Beistline to serve in the Eastern District, this action is REASSIGNED from Judge David F. Levi to Judge Ralph R. Beistline for all further proceedings. (Waggoner, D) (Entered: 06/20/2007) |
| 06/28/2007 | 29 | MDL ORDER CASE TRANSFERRED to Northern District of California, (S.F.) MDL #05-1699. Electronic case file, transfer order, and docket sheet sent. CASE CLOSED(Reader, L) (Entered: 06/28/2007) |