Theodore J. Holt, State Bar No. 148899
Marjan Pejuhesh State Bar No. 241248
**HACKARD & HOLT**
11335 Gold Express Drive, Suite 105
Gold River, California 95670
Telephone: (916) 853-3000
Facsimile: (916) 853-3010

Attorneys for Plaintiff Arthur Bluett

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. M:05-CV-01699-CRB |
| This Document Relates to:<br><br>**ARTHUR BLUETT**<br>**Individual Case NO. 07-3447-CRB** | MDL NO. 1699<br><br>STIPULATION AND ORDER FOR DISMISSAL OF ARTHUR BLUETT'S BEXTRA CLAIM |

   Come now the above-captioned Plaintiff and Defendants by and through their respective counsel, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of each cause of action relating to Plaintiff's claims regarding his use of Bextra, only, without prejudice, in the above-entitled action, with each side bearing its own attorneys' fees and costs.

Dated: April 30, 2008.                    HACKARD & HOLT

                                          By: /s/ Marjan Pejuhesh
                                          Marjan Pejuhesh
                                          Attorneys for Plaintiff Carol Ann Davies

Dated: 5/13, 2008.                        GORDON & REES

                                          By: /s/ Stuart M. Gordon
                                          Stuart M. Gordon
                                          Attorneys for Defendants

1

## ORDER

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: _____          _____
                                HON. CHARLES R. BREYER
                                UNITED STATES DISTRICT JUDGE