Theodore J. Holt, State Bar No. 148899
Marjan Pejuhesh State Bar No. 241248
**HACKARD & HOLT**
11335 Gold Express Drive, Suite 105
Gold River, California 95670
Telephone: (916) 853-3000
Facsimile: (916) 853-3010

Attorneys for Plaintiff Arthur Bluett

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>**ARTHUR BLUETT**<br>**Individual Case NO. 07-3447-CRB** | Case No. M:05-CV-01699-CRB<br><br>MDL NO. 1699<br><br>STIPULATION AND ORDER FOR DISMISSAL OF ARTHUR BLUETT'S BEXTRA CLAIM<br>GRANTED |

Come now the above-captioned Plaintiff and Defendants by and through their respective counsel, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of each cause of action relating to Plaintiff's claims regarding his use of Bextra, only, without prejudice, in the above-entitled action, with each side bearing its own attorneys' fees and costs.

Dated: April 30, 2008.    HACKARD & HOLT

By: /s/ Marjan Pejuhesh
Marjan Pejuhesh
Attorneys for Plaintiff Carol Ann Davies

Dated: 5/13, 2008.    GORDON & REES

By: /s/ Stuart M. Gordon
Stuart M. Gordon
Attorneys for Defendants

1

1
2                                              ORDER

3        PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS
   SO ORDERED.
4
5
6   DATED:  5/20/2008                      _____
                                            HON. CHARLES R. BREYER
7                                           UNITED STATES DISTRICT JUDGE